IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ETHAN TAYLOR SUHR | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violation:  18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2 |

**Possession of a Firearm and Ammunition by a Convicted Felon**

The Grand Jury Charges:

On or about September 30, 2024, in the District of North Dakota,

ETHAN TAYLOR SUHR,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

(1) Possession of Cocaine with Intent to Deliver, in violation of N.D. Cent. Code § 19-03.1-23(1)(a), a Class A felony, State of North Dakota, County of Ransom, Southeast Judicial District, Case No. 37-2017-CR-40, judgment entered on or about June 7, 2017;

(2) Possession of Methamphetamine with Intent to Deliver, in violation of N.D. Cent. Code § 19-03.1-23(1)(a), a Class A felony, State of North Dakota, County of Ransom, Southeast Judicial District, Case No. 37-2017-CR-40, judgment entered on or about June 7, 2017;

(3) Possession of Marijuana with Intent to Deliver, in violation of N.D. Cent. Code § 19-03.1-23(1)(b), a Class B felony, State of North Dakota, County of Ransom, Southeast Judicial District, Case No. 37-2017-CR-40, judgment entered on or about June 7, 2017;

(4) Possession of Clonazepam with Intent to Deliver, in violation of N.D. Cent. Code § 19-03.1-23(1)(c), a Class C felony, State of North Dakota, County of Ransom, Southeast Judicial District, Case No. 37-2017-CR-40, judgment entered on or about June 7, 2017;

(5)   Possession of Lorazepam with Intent to Deliver, in violation of N.D. Cent. Code § 19-03.1-23(1)(c), a Class C felony, State of North Dakota, County of Ransom, Southeast Judicial District, Case No. 37-2017-CR-40, judgment entered on or about June 7, 2017;

(6)   Possession of Methamphetamine Paraphernalia, in violation of N.D. Cent. Code § 19-03.4-03, a Class C felony, State of North Dakota, County of Ransom, Southeast Judicial District, Case No. 37-2017-CR-40, judgment entered on or about June 7, 2017;

(7)   Possession of Methamphetamine – 2d Offense, in violation of N.D. Cent. Code § 19-03.1-23(7)(a), a Class C felony, State of North Dakota, County of Grand Forks, Northeast Central Judicial District, Case No. 18-2019-CR-1914, judgment entered on or about December 19, 2019;

(8)   Possession of Methamphetamine Paraphernalia, in violation of N.D. Cent. Code § 19-03.4-03, a Class C felony, State of North Dakota, County of Grand Forks, Northeast Central Judicial District, Case No. 18-2019-CR-1914, judgment entered on or about December 19, 2019;

(9)   Possession of Hashish – 2d Offense, in violation of N.D. Cent. Code § 19-03.1-23(7)(a), a Class C felony, State of North Dakota, County of Grand Forks, Northeast Central Judicial District, Case No. 18-2019-CR-1914, judgment entered on or about December 19, 2019;

(10)  Possession of Methamphetamine Paraphernalia, in violation of N.D. Cent. Code § 19-03.4-03, a Class C felony, State of North Dakota, County of Stutsman, Southeast Judicial District, Case No. 47-2021-CR-77, judgment entered on or about April 7, 2021;

(11)  Possession of Methamphetamine – 2d Offense, in violation of N.D. Cent. Code § 19-03.1-07(5)(c), a Class C felony, State of North Dakota, County of Stutsman, Southeast Judicial District, Case No. 47-2021-CR-264, judgment entered on or about November 3, 2021;

(12)  Possession of Methamphetamine Paraphernalia, in violation of N.D. Cent. Code § 19-03.4-03, a Class C felony, State of North Dakota, County of Stutsman, Southeast Judicial District, Case No. 47-2021-CR-264, judgment entered on or about November 3, 2021;

(13)   Possession of Cocaine – 2d Offense, in violation of N.D. Cent. Code § 19-03.1-07(3)(d), a Class C felony, State of North Dakota, County of Stutsman, Southeast Judicial District, Case No. 47-2021-CR-264, judgment entered on or about November 3, 2021;

(14)   Possession of Methamphetamine – 2d Offense, in violation of N.D. Cent. Code § 19-03.1-07(5)(c), a Class C felony, State of North Dakota, County of Stutsman, Southeast Judicial District, Case No. 47-2022-CR-499, judgment entered on or about June 7, 2023;

(15)   Possession of Methamphetamine Paraphernalia, in violation of N.D. Cent. Code § 19-03.4-03, a Class C felony, State of North Dakota, County of Stutsman, Southeast Judicial District, Case No. 47-2021-CR-499, judgment entered on or about June 7, 2023;

(16)   Possession of Methamphetamine – 2d Offense, in violation of N.D. Cent. Code § 19-03.1-07(5)(c), a Class C felony, State of North Dakota, County of Barnes, Southeast Judicial District, Case No. 02-2023-CR-185, judgment entered on or about June 7, 2023; and

(17)   Possession of Methamphetamine Paraphernalia, in violation of N.D. Cent. Code § 19-03.4-03, a Class C felony, State of North Dakota, County of Barnes, Southeast Judicial District, Case No. 02-2023-CR-185, judgment entered on or about October 10, 2023;

did knowingly possess in and affecting commerce a firearm and ammunition, that is:

(1) One Taurus, Model PT111 G2, 9mm pistol, Serial Number TKX67448; and

(2) Approximately 112 rounds of assorted-manufacture 9mm ammunition;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

FORFEITURE NOTICE

Upon conviction of the offense alleged in this Indictment,

ETHAN TAYLOR SUHR

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

(1) One Taurus, Model PT111 G2, 9mm pistol, Serial Number TKX67448; and

(2) Approximately 112 rounds of assorted-manufacture 9mm ammunition.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

JTR/ak